**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles STATES, Defendant–Appellant.**

No. 06–2345.

United States Court of Appeals,
Seventh Circuit.

Argued Sept. 14, 2007.

Decided Sept. 24, 2007.

Rehearing and Suggestion for Rehearing En Banc Denied Nov. 26, 2007.

Edmond E. Chang, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Mustafa E. Derkunt, Austin, TX, for Defendant–Appellant.

Before Hon. WILLIAM J. BAUER, Circuit Judge, Hon. TERRENCE T. EVANS, Circuit Judge and Hon. ANN CLAIRE WILLIAMS, Circuit Judge.

## ORDER

This case is unbelievably frivolous. We AFFIRM.